Dismissed and Memorandum Opinion filed April 7, 2005









Dismissed and Memorandum Opinion filed April 7, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00292-CV

____________

 

JOSE ANGEL
LOPEZ, Appellant

 

V.

 

MARINA LOPEZ, Appellee

 



 

On Appeal from the
300th District Court

Brazoria County,
Texas

Trial Court Cause
No. 28540

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 10,
2005.  On March 31, 2005, appellant filed
a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed April 7, 2005.

Panel consists of Chief Justice
Hedges and Justices Fowler and Frost.